UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORYESHA DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17CV1634 RLW |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 6). On May 11, 2017, *pro se* Plaintiff filed a hand-written Petition in state court against the Social Security Administration ("SSA"). On June 8, 2017, Defendant SSA removed the Petition to federal court under 28 U.S.C. § 1442(a)(1), as Plaintiff commenced the civil action in state court against an agency of the United States. The SSA then filed the instant Motion to Dismiss for Lack of Subject Matter Jurisdiction, asserting that Plaintiff's Complaint fails to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Alternatively, the SSA requests that the Court order Plaintiff to file an amended pleading setting out the claims she is asserting, including specific factual allegations.

Plaintiff has not responded to the SSA's motion, and the time for doing so has expired. However, because Plaintiff is proceeding *pro se*, the Court will allow Plaintiff the opportunity to show cause why the motion to dismiss should not be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Coryesha Davis shall show cause, in writing and no later than August 28, 2017, why the Court should not grant Defendant SSA's motion and

dismiss Plaintiff's Complaint. Failure to comply with this Order may result in dismissal of the Complaint with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order, along with the Defendant's motion and memorandum (ECF Nos. 6, 7) via regular mail and UPS to the following address: Coryesha Davis, 5455 Helen Avenue, St. Louis, MO 63136. Dated this 11th day of August, 2017.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**