UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORYESHA DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17CV1634 RLW |
| SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Memorandum in response to the Court's Order to Show Cause dated August 11, 2017 (ECF No. 11), which the Court construes as a motion to amend her complaint by interlineation. The Court does not accept amendments by interlineation.[1] If plaintiff wishes to amend her complaint, she must file a motion to amend and include with her motion a proposed complaint that includes each and every claim she wishes to bring against Defendant in this action. Help with filing a *pro se* complaint is available at

---

[1] *Popoalii v. Correctional Medical Services*, 512 F.3d 488, 497 (8th Cir. 2008) (finding that it is appropriate to deny leave to amend a complaint when a proposed amendment was not submitted with the motion).

http://www.moed.uscourts.gov/pro-se. Plaintiff is warned that the filing of an amended complaint replaces the original complaint, and claims that are not realleged are deemed abandoned. *E.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Amend (ECF No. 11) is **DENIED** without prejudice.

Dated this 11th day of September, 2017.

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**